UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 NOV -6  P 12: 36
US DISTRICT COURT
BRIDGEPORT CT

OCTAVIA PLESNIK

v.  3:02CV2243 JCH

U.S. POSTAL SERVICE, POSTAL
SUPERVISORS ISABEL DARCY,
OVALIA EVERTTE, MARY WATSON,
and ANTHONY L.

## J U D G M E N T

The plaintiff having failed to answer the Court's Order of September 10, 2003 and no response having been filed by October 3, 2003,

It is hereby **ORDERED** that the complaint is hereby dismissed and the case is closed.

Dated at Bridgeport, Connecticut this 6th day of November, 2003.

KEVIN F. ROWE, Clerk

By _Catherine Bovosh_
       Deputy Clerk