FILED

February 13, 2004

2004 FEB 13  A 11: 18

Octavia E. Plesnik

Case no 302CV2243JCH

U.S.P. Service

Motion to reopen

I would like to reopen this case & sign it

Sencerly
Octavia Elizabeth Plesnik
5 Perth St #20
Dorchester Mass 02121
617 427-0988 = Jean for me
    OR
203 362 2793 - Daughter Tama