# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

FILED
2004 FEB 13 A 11: 18

*Octavia E Plesnik*
Name of Plaintiff/Petitioner

v.

Case No. 3:02 CV2243 JCH

*U S P.O. Service, et al*
Name of Defendant/Respondent

## MOTION FOR APPOINTMENT OF COUNSEL

### PERSONAL/FINANCIAL DATA

1. Your full name: **OCTAVIA E PLESNIK**

   Your present mailing address: **5 PERTH ST #20**
   **DORCHESTER MASS 02121**

   Telephone number: **(617) 442 5730 OR 617 427 0988**

2. Are you presently employed? YES ___ NO **X**

3. If your answer to #2 is YES, please provide the name and address of your employer and the amount of your usual weekly earnings. **none**

   **none**

   Weekly earnings: **none**

4. If you are not presently employed, please provide the name and address of your last employer, the date (approximate) that you last worked, and the amount of weekly earnings you were receiving. **none**

(Rev. 1/2/03)

Date last worked: _November 16, 2001_

Weekly earnings: _Part time 8:00 hour_

5. Approximately how much money have you received in the past twelve months in the form of:
   a) salary, wages, commissions, or earned income of any kind? _none_

   b) interest, dividends, rents or investments of any kind? _none_

   c) gifts or inheritances of any kind? _none_

6. How much money do you have in any checking or savings account(s)?

   Checking: _none_

   Savings: _none_

   Prison account: _none_

7. Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding household items and clothing)? YES ___ NO _X_

   If YES, describe the property and state the approximate value: _____

8. How much money do you owe others? _Yes I owe Social Security $5800._

   For each debt, state the name of the creditor and the amount owed:

   | CREDITOR | AMOUNT OWED |
   |---|---|
   | Capital One | $177.00 |
   | Social Security | $5800.00 |
   | Credit from Georgia | $990.00 |
   | Auto Insurance Liberty | $1000.00 |
   | My sister Grace | $500.00 |

2

9. List the persons who depend upon you for support, and state your relationship to them.

   _____

   _____

   _____

   _____

10. Are there any persons regularly residing in your household who are over the age of 18 and who are presently employed?  YES ____  NO ✗

    If the answer is YES, please provide the following information for each such person:

    Name: _____

    Relationship: _____

    Employer: _____

    Weekly Earnings: _____

11. Include any other information which supports your claim that you cannot financially afford to employ an attorney. _____

    _____

    _____

    _____

### NATURE OF YOUR CLAIM

12. Describe in your own words the nature of the claim which you are presenting to the court in your complaint/petition. _____

    _____

(Additional space on next page)

_____

_____
               ᐯ
_____

_____

### EFFORTS TO OBTAIN AN ATTORNEY
The Court strongly suggests that you contact a minimum of three attorneys.

13. Have you spoken with any attorney about handling your case? YES ____ NO __

14. If your answer to #13 is YES, please provide the following information about each attorney with whom you spoke:

   a) Attorney's name _____

   Date you contacted this attorney _____

   Method of contact (in person, by telephone, etc.) _____

   _____

   Reason why attorney was not employed to handle your case _____

   _____

   _____

   b) Attorney's name _____

   Date you contacted this attorney _____

   Method of contact (in person, by telephone, etc.) _____

   _____

   Reason why attorney was not employed to handle your case _____

   _____

   _____

4

    c) Attorney's name _____

        Date you contacted this attorney _____

        Method of contact (in person, by telephone, etc.) _____

        _____

        Reason why attorney was not employed to handle your case _____

        _____

        _____

15. Explain any other efforts you have made to obtain an attorney to handle your case.

_____

_____

_____

_____

16. Please provide any other information which supports your application for the court to appoint counsel. _____

_____

_____

_____

_____

17. Do you need a lawyer who speaks a language other than English?
    YES __X__ NO ____

    If you answered YES, what language do you speak? *English*

If this motion is being filed AFTER the case is opened, the movant is required to serve all opposing parties or their attorneys and a certificate of service is required, showing all parties served and their addresses in accordance with LR5(b). Failure to supply the certificate of service will result in the motion being returned to the movant, unprocessed.

I hereby certify that a copy of the foregoing motion was mailed to:

(List all defendants or counsel for defendants with address and date mailed.)

_____

_____

_____

_____

_____

_____ *[signature]*
Original Signature of Movant

(Rev. 1/2/03)

7

I declare under the penalties of perjury that my answers to the foregoing questions are true to the best of my knowledge.

I understand that if I am assigned a lawyer and my lawyer learns, either from myself, or elsewhere, that I can afford a lawyer, the lawyer may give this information to the court. See Local Rule 83.10(b)(4) and (g).

I understand that if my answers on my application to proceed in forma pauperis and/or on this application for appointment of counsel are false, my case may be dismissed. See 28 U.S.C. §1915(e).

I hereby waive my privilege of attorney-client confidentiality to the extent necessary for my appointed attorney to make an application to be relieved from appointment as provided in Local Rules 83.10(c) and (d).

I understand that filing this motion does not excuse me from litigating my case, and that it is still my responsibility to have the defendants served with process in accordance with Rule 4 of the Federal Rules of Civil Procedure, if I have not already done so. I also understand that filing this motion does not stay this case and does not excuse me from responding to any motion filed by the defendants.

Feb 13, 2004
Date

_[signature]_
Original Signature of Movant

OCTAVIA F PLESNIK 2.
Printed Name and Address of Movant
5 Perth St. #20
Dorchester MASS
02121

(Rev. 1/2/03)

6