UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAR 26  A 9: 42
U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| OCTAVIA PLESNIK<br>Plaintiff | : <br> : <br> : CIVIL ACTION NO. |
| v. | : 3-02-cv-2243 (JCH) <br> : |
| U.S. POSTAL SERVICE, ET AL<br>Defendants | : MARCH 26, 2004 <br> : |

### RULING

The pro se plaintiff filed a Motion to Reopen this case on February 13, 2004. (Dkt. No. 8). The case was closed on November 6, 2003, after the court ordered the plaintiff to show cause why it should not be dismissed for failure to prosecute. Order to Show Cause (Dkt. No. 6). In that Order, the court noted that there was no evidence the defendants had been served.

In plaintiff's Motion to Reopen, plaintiff does not show service was ever made, or explain why she failed to respond to the Order to Show Cause on time. However, the plaintiff is pro se and profoundly hearing impaired. In light of this, the court will grant the Motion to Reopen if the plaintiff files, **no later than April 21, 2004,** proof of service of the summons and complaint on the defendant. Failure to do so will result in the denial of the Motion to Reopen.

SO ORDERED.

Dated at Bridgeport, Connecticut this 26th day of March, 2004.

Janet C. Hall
United States District Judge