# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT
### AMENDED CIVIL RIGHTS COMPLAINT

**FILED**
2004 MAY 12  A 9:57
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

Octavio E Plesnik

_____,
Plaintiff(s),
(Full name(s) and prisoner number(s) if incarcerated)
(Do not use *et al.*)

v.

Isbella LACY
ALVIA ELLIOT
ANTHONY LOMBRADO 0221

Case No. 302CV2243JCH
(To be supplied by the court)

_____
Defendant(s).
(Full name(s) and capacity, e.g., official capacity, individual capacity, or official and individual capacitites) (Do not use *et al.*)

### A. PARTIES

1. Octavio E Plesnik is a citizen of Mass (State) who
(Plaintiff)
presently resides at 5 Perth St #20
(mailing address or place of confinement)
If plaintiff is incarcerated, provide inmate number: _____.

2. Defendant Isbella Lacy is a citizen of Conn
   (name of first defendant)                  (State)

whose address is US Post office 45 Main St Wallingford Conn

and who is employed as _____.
                              (title and place of employment)

   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? _X_ Yes ___ No. If your answer is "Yes," briefly explain:

_____

_____

2. Defendant _Libella, Alvia, Anthony_ is a citizen of _CONN_
          (name of second defendant)                                  (State)

whose address is _U.S. POST OFFICE 4 S. MAIN ST WALLINGFORD, CONN_

and who is employed as _ALVIA ELLIOT ANTHONY LOMBARDO 221_
                                  (title and place of employment)

   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? _X_ Yes ___ No. If your answer is "Yes," briefly explain:

_____

_____

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's complete address and title.)

## B. JURISDICTION

1. Jurisdiction is asserted pursuant to (CHECK ONE)

       _X_   42 U.S.C. § 1983 (applies to state prisoners)

       ___   **Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics**, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal prisoners)

2. Jurisdiction also is invoked pursuant to 28 U.S.C. § 1343(a)(3). (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

_____

_____

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** _____

_____

_____

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

**Claim II**: _____

_____

_____

Supporting Facts:




**Claim III**: _____

_____

_____

Supporting Facts:

## E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment?
   _X_ Yes ____ No. If your answer is "Yes," describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits using this same format on a blank sheet which you should label "E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF.")

   a. Parties to previous lawsuit:

   Plaintiff(s): _David E Plesnik_

   Defendant(s): _Alvia Elliot, Labella Lacy, Anthony Lombardo_

   b. Name and location of court and docket number _3:97CV88 PCD_

   c. Disposition of lawsuit. (For example, was the case dismissed? Was it appealed? Is it still pending?)
   _____

   d. Issues raised: _____
   _____

   e. Approximate date of filing lawsuit: _____

   f. Approximate date of disposition: _____

2. I previously have sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part D.    ____ Yes ____ No.

If your answer is "Yes," briefly describe how relief was sought and the results.

5

3. I have exhausted available administrative remedies. ____ Yes ____ No.
   If your answer is "Yes," briefly explain the steps taken. Attach proof of exhaustion.
   If your answer is "No," briefly explain why administrative remedies were not exhausted.

### F. PREVIOUSLY DISMISSED ACTIONS OR APPEALS

1. If you are incarcerated and proceeding under 28 U.S.C. § 1915, please list each civil action or appeal you have brought in a court of the United States, while you were incarcerated or detained in any facility, that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Please describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on a blank sheet which you should label "F. PREVIOUSLY DISMISSED ACTIONS OR APPEALS."
   If you are not incarcerated, go to section G.

   a. Parties to previous lawsuit:
   Plaintiff(s): _David Elizabeth A. Plesn___
   Defendant(s): _Alvia E., Libella L, Anthony L.___
   b. Name and location of court and docket number _397CV88PCD___

   c. Grounds for dismissal: ( ) frivolous ( ) malicious ( ) failure to state a claim upon which relief may be granted.

   d. Approximate date of filing lawsuit:_____

   e. Approximate date of disposition: _____

2. Are you in imminent danger of serious physical injury? _X_ Yes ____ No.
   If your answer is "Yes," please describe the facts in detail below without citing legal authority or argument.

6

## G. REQUEST FOR RELIEF

I request the following relief:

## H. JURY DEMAND

Do you wish to have a jury trial?  Yes_____   No __X__

_____    _____
Original signature of attorney (if any)    Plaintiff's Original Signature

_____
_____
_____
Attorney's full address and telephone

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _Bridgeport_ on _May 12, 2004_
    (location)            (date)

_____
Plaintiff's Original Signature

5 Pleasant St #20
Dorchester Mass
02120

7

Certification

Isabella Lacy
U.S. Post office
4 South Main St
Wallingford Conn

Alvia Elliot
U.S. Post office
4 South Main St
Wallingford Conn

Anthony Lombardozzi
U.S. Post office
4 South Main St
Wallingford Conn

I hereby certify that a copy of the foregoing has been mailed, postage prepaid, in the United States mail this May 12, 2004.

Mrs Octavia E Plesnik
OCTAVIA E.A. PLESNIK