UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| OCTAVIA E. PLESNIK, | : | |
|    Plaintiff, | : | CIVIL NO. 3:02CV2243(JCH) |
| v. | : | |
| ISBELLA LACY, et al., | : | |
|    Defendants, | : | JULY 8, 2004 |

**NOTICE OF APPEARANCE**

TO THE CLERK:

    Please enter my appearance as attorney for the defendants, Isbella Lacy, Alvia Elliot, and Anthony Lombardozzi, Postal officials sued in their official capacity, in the above-captioned case.

                                      Respectfully submitted,

                                      KEVIN J. O'CONNOR
                                    UNITED STATES ATTORNEY


                                    CAROLYN A. IKARI
                                    ASSISTANT U.S. ATTORNEY
                                    450 Main Street, Rm. 328
                                    Hartford, Connecticut  06103
                                    (860) 947-1101
                                    Fed. Bar No. ct13437

**CERTIFICATION OF SERVICE**

I hereby certify that a copy of the within and foregoing has been mailed, postage prepaid, via first-class mail, this 8th day of July, 2004, to:

Octavia E. Plesnik
5 Perth Street, #20
Dorchester, MA 02121

                                      CAROLYN A. IKARI
                                      ASSISTANT UNITED STATES ATTORNEY