UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| OCTAVIA E. PLESNIK, | : | |
|     Plaintiff, | : | CIVIL NO. 3:02CV2243(JCH) |
| v. | : | |
| ISBELLA LACY, et al., | : | |
|     Defendants, | : | JULY 8, 2004 |

**MOTION FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT**

    Defendants Lacy, Elliot, and Lombardozzi, U.S. Postal Service employees sued in their official capacity, respectfully move for thirty (30) days' extension of time up to and including August 9, 2004, to respond to the Amended Complaint. In support of this motion, the defendants represent as follows:

    1. This is a federal action brought by the plaintiff proceeding pro se. The original Complaint, filed a year and half ago on December 18, 2002, is on the form captioned "Civil Rights Complaint." There are no assertions of fact or law in the Complaint, but a two-page letter to an EEOC official is attached.

    2. Plaintiff is known to this office as a former Postal Service worker. In 1998, Plaintiff, who was represented by counsel, litigated a Rehabilitation Act claim against the Postmaster General to a defendant's verdict. Plesnik v. Runyon, Civ. No. 3:97CV00088(PCD).

    3. Defendants in this case were not aware of the above-captioned action until May of this year.

4. Accordingly, the U.S. Postal Service is searching its records to obtain some background and decide how to proceed. Those materials have just been located and were received by defense counsel on June 22 and June 25.

5. Additional time is required to review these materials and determine how to proceed.

6. This is the first request for extension of the deadline to respond to the Amended Complaint.

4. Given the plaintiff's pro se status and other factors, I did not confer about this request with the plaintiff.

WHEREFORE Defendants respectfully request a 30-day extension up to and including August 9, 2004, to file their response to the Amended Complaint.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


CAROLYN A. IKARI
ASSISTANT U.S. ATTORNEY
450 Main Street
Hartford, Connecticut  06103
(860) 947-1101
Fed. Bar No. ct13437

**CERTIFICATION OF SERVICE**

    I hereby certify that a copy of the within and foregoing has been mailed, postage prepaid, via first-class mail, this 8th day of July, 2004, to:

Octavia E. Plesnik
5 Perth Street, #20
Dorchester, MA 02121


                                        CAROLYN A. IKARI
                                        ASSISTANT UNITED STATES ATTORNEY