UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| OCTAVIA E. PLESNIK, | : | |
| Plaintiff, | : | CIVIL NO. 3:02CV2243(JCH) |
| v. | : | |
| ISBELLA LACY, et al., | : | |
| Defendants, | : | AUGUST 6, 2004 |

## DEFENDANTS' MOTION TO DISMISS

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, all defendants respectfully move for dismissal of the Amended Complaint.  In support of this motion, Defendants rely upon the accompanying Memorandum of Law with Exhibits.

        Respectfully submitted,

        KEVIN J. O'CONNOR
        UNITED STATES ATTORNEY


By:  ANN M. NEVINS
     ASSISTANT UNITED STATES ATTORNEY

For:  CAROLYN A. IKARI
      ASSISTANT UNITED STATES ATTORNEY
      450 Main Street, Room 328
      Hartford, Connecticut  06103
      (860) 947-1101
      Federal Bar No. ct13437

**CERTIFICATION OF SERVICE**

    I hereby certify that a copy of the within and foregoing has been mailed, postage prepaid, via first-class mail, this 6th day of August, 2004, to:

Octavia E. Plesnik
5 Perth Street, #20
Dorchester, MA 02121


By:  ANN M. NEVINS
     ASSISTANT UNITED STATES ATTORNEY

For: CAROLYN A. IKARI
     ASSISTANT UNITED STATES ATTORNEY