334.33 **Publicizing Job Opportunities**

Installation heads must ensure that job opportunities are given widespread publicity within the area from which they will recruit employees. The recruitment area must reflect postal policy regarding the employment of minorities, women, special emphasis groups, and people with disabilities. See Handbook EL-312, 22, Conducting Recruitment Activities.

334.4 **Restricted Records**

Registers are systems of confidential records. For information on safeguarding these records, see Handbook EL-312, 415, Information Given to Applicants, for situations where information found in the records may be disclosed to applicants.

# 340 Suitability, Selection, and Appointment

## 341 Positions Restricted to Preference Eligibles

The Postal Service restricts certain positions to preference eligible applicants under the Veterans' Preference Act of 1944, as amended. This restriction applies only to appointments made from external recruitment sources. See Handbook EL-312, 232.52, Positions Restricted to Applicants Eligible for Veterans' Preference, for more information.

## 342 Preemployment Suitability Determinations

To maintain public trust and confidence in the reliability and integrity of its employees, the Postal Service must evaluate the overall suitability of applicants for postal employment prior to consideration and selection.

It is the policy of the Postal Service not to discriminate in personnel decisions on the basis of (1) race, color, religion, sex, national origin, age, or disability as provided by law, or (2) other nonmeritorious factors such as political affiliation, marital status, sexual orientation, or gender identity. See Handbook EL-312, Chapter 5, for more information.

## 343 Applicants Separated for Cause

Prior approval of the district manager of Human Resources, the area manager of Human Resources, or the vice president of Employee Resource Management must be obtained before employing any former postal or federal employee who was removed from the Postal Service or other federal employment for cause or who resigned after being notified that charges proposing removal would be, or had been, issued. See Handbook EL-312, 514.11, Handling Removals From Postal Service or Other Federal Employment, for further information.